[Cite as *Stevens v. Richland Correctional Inst.*, 2010-Ohio-1773.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

KELLY J. STEVENS

     Plaintiff

     v.

RICHLAND CORRECTIONAL INSTITUTION

     Defendant

      Case No. 2007-07141

Judge Clark B. Weaver Sr.
Magistrate Steven A. Larson

<u>JUDGMENT ENTRY</u>

{¶ 1} On September 8, 2009, the magistrate issued a decision recommending judgment for defendant.

{¶ 2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶ 3} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendant. Court costs are assessed against plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

Case No. 2007-07141　　　　　- 2 -　　　　　JUDGMENT ENTRY


_____
CLARK B. WEAVER SR.
Judge

cc:

Douglas R. Folkert　　　　　　　Kelly J. Stevens, #510-101
Assistant Attorney General　　　Richland Correctional Institution
150 East Gay Street, 18th Floor　P.O. Box 8107
Columbus, Ohio 43215-3130　　　Mansfield, Ohio 44901

MR/cmd
Filed April 14, 2010
To S.C. reporter April 21, 2010